**Thelma Weasenforth LUNAAS, etc., petitioner, v. UNITED STATES.**

**No. 91–726.**

Supreme Court of the United States.

Jan. 27, 1992. Denied.